FILED

01/11/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0210

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0210

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

RYAN HILL,

      Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including February 13, 2024, within which to prepare, file, and serve the State's response brief.

TKP

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 11 2024